IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Corey J. Sarka and Valerie L. Casteel-Sarka, | : : | Case No. 17-70376 JAD |
| Debtors | : : | Chapter 13 |
| | : | Hearing Date and Time: |
| Edward C. Pentrack and Diane M. Pentrack, | : : | August 25, 2017, 10:00 a.m. |
| Movants | : : | Objection Date: July 24, 2017 |
| v. | : : | |
| Corey J. Sarka and Valerie L. Casteel-Sarka, | : : | |
| Respondents | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **July 24, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **August 25, 2017 at 10:00 a.m.** before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901*.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve written responses.

| | |
|---|---|
| Date of mailing or other service:  July 7, 2017 | NEUGEBAUER & SWOPE, P.C. /s/ Lisa M. Swope Lisa M. Swope, Esquire 219 S. Center Street, P.O. Box 270 Ebensburg, PA 15931 (814) 472-7151 Pa. I.D. #77003 lms@nsslawfirm.com Attorney for Trustee |

**\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania.  Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**