IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Corey J. Sarka and Valerie L. Casteel-Sarka, | : | Case No. 17-70376 JAD |
| Debtors | : | Chapter 13 |
| | : | |
| | : | |
| Edward C. Pentrack and Diane M. Pentrack, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Corey J. Sarka and Valerie L. Casteel-Sarka, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

     I, the undersigned, certify under penalty of perjury that I served the Motion for Relief from Stay Pursuant to 11 U.S.C. §362 and the Notice of Hearing with Response Deadline on the parties named below as follows:

**By Electronic Notification on July 7, 2017:**

Kenneth P. Seitz, Esquire
on behalf of Debtors
thedebterasers@aol.com

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

**By first class United States mail on July 7, 2017:**

Corey J. Sarka
Valerie L. Casteel-Sarka
267 Huff Street
P. O. Box 218
Dunlo, PA 15930

Date: July 7, 2017

/s/ Lisa M. Swope
Lisa M. Swope, Esquire
NEUGEBAUER & SWOPE, P.C.
219 S. Center Street
P.O. Box 270
Ebensburg, PA 15931
(814) 472-7151
Pa. I.D. #77003
lms@nsslawfirm.com
Attorney for Movants