IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Corey J. Sarka and Valerie L. Casteel-Sarka, | : : | Case No. 17-70376 JAD |
|         Debtors | : : : | Chapter 13 |
|    Edward C. Pentrack and Diane M. Pentrack, | : : | |
|         Movants | : : | |
|         v. | : : | |
|    Corey J. Sarka and Valerie L. Casteel-Sarka, | : : | |
|         Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Stay Pursuant to 11 U.S.C. §362 filed on July 7, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to said Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, the same were to be filed and served no later than July 24, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay Pursuant to 11 U.S.C. §362 be entered by the Court.

Respectfully submitted,

NEUGEBAUER & SWOPE, P.C.

Dated: July 25, 2017

/s/ Lisa M. Swope, Esquire
219 South Center Street, P.O. Box 270
Ebensburg, PA 15931
(814) 472-7151
PA I.D. # 77003
lms@nsslawfirm.com
Attorney for Movants