**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Corey J. Sarka and Valerie L. Casteel-Sarka, | : Case No. 17-70376 JAD |
| Debtors | : Chapter 13 |
| | : |
| Edward C. Pentrack and Diane M. Pentrack, | : Doc. # 23 |
| Movants | : |
| v. | : |
| Corey J. Sarka and Valerie L. Casteel-Sarka, | : |
| Respondents | : |

## ORDER OF COURT

AND NOW, this 1st day of August, 2017, upon consideration of the Motion for Relief from Stay Under 11 U.S.C. §362 (the "Motion"), filed by Edward C. Pentrack and Diane M. Pentrack (the "Movants"), the Court, after notice and hearing, hereby ORDERS, ADJUDGES and DECREES that the Motion is **GRANTED** and the Movants are granted relief from stay pursuant to 11 U.S.C. §362(d) to pursue their non-bankruptcy law rights and remedies.

BY THE COURT:

_____
JEFFERY A. DELLER, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

FILED
8/1/17 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70376-JAD
Corey J Sarka                                                           Chapter 13
Valerie L Casteel-Sarka
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin            Page 1 of 1            Date Rcvd: Aug 01, 2017
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.
db/jdb         +Corey J Sarka,    Valerie L Casteel-Sarka,    267 Huff Street. P.O. Box 218,
                Dunlo, PA 15930-0218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Valerie L Casteel-Sarka thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Corey J Sarka thedebterasers@aol.com
              Lisa M. Swope    on behalf of Creditor Edward C. Pentrack lms@nsslawfirm.com,   klw@nsslawfirm.com
              Lisa M. Swope    on behalf of Creditor Diane M. Pentrack lms@nsslawfirm.com,   klw@nsslawfirm.com
              Matt D. Urban    on behalf of Creditor    STERLING JEWELERS INC D/B/A KAY JEWELERS
               kebeck@weltman.com,    jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8