2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-70376-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Corey J Sarka<br>267 Huff Street. P.O. Box 218<br>Dunlo PA 15930 | Valerie L Casteel-Sarka<br>267 Huff Street. P.O. Box 218<br>Dunlo PA 15930 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121 | SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/24/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Corey J Sarka  
Valerie L Casteel-Sarka  
    Debtors

Case No. 17-70376-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: llea      Page 1 of 1      Date Rcvd: Nov 22, 2018  
                      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14692357      +E-mail/Text: bncmail@w-legal.com Nov 22 2018 22:13:24      Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132  
                                                                                                                        TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2018                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         Kenneth P. Seitz    on behalf of Joint Debtor Valerie L Casteel-Sarka thedebterasers@aol.com  
         Kenneth P. Seitz    on behalf of Debtor Corey J Sarka thedebterasers@aol.com  
         Lisa M. Swope    on behalf of Creditor Edward C. Pentrack lms@nsslawfirm.com, klw@nsslawfirm.com  
         Lisa M. Swope    on behalf of Creditor Diane M. Pentrack lms@nsslawfirm.com, klw@nsslawfirm.com  
         Matt D. Urban    on behalf of Creditor    STERLING JEWELERS INC D/B/A KAY JEWELERS kebeck@weltman.com, jbluemle@weltman.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                 TOTAL: 8