## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :          Chapter 13
                                          :
                                          :
   Corey J. Sarka                         :          Case No. 17-70376
   Valerie L. Castell-Sarka               :
                                          :
         Debtors                          :          Judge Deller

### NOTICE TO WITHDRAW PROOF OF CLAIM
### PURSUANT TO RULE 3006

TO THE CLERK:

Please withdraw from the Debtor's docket the Proof of Claim Number 4-1 for Creditor,

Northwest Consumer Discount, a secured claim in the amount of $9,336.34 filed on May 24,

2017 and executed by Sherri Roth for Northwest Bank as it has been paid in full.

No objection to this claim has been filed.

Northwest Bank is not a defendant in an adversary proceeding in this case.

Northwest Bank has not accepted or rejected the plan or otherwise participated

meaningfully in the case.

Heather A. Mauro
Credit Bankruptcy Officer
Northwest Bank
PO Box 337
Warren, Pennsylvania  16365
Phone: 814-728-7420
Email: heather.mauro@northwest.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| | : | |
| Corey J. Sarka | : | Case No. 17-70376 |
| Valerie L. Castell-Sarka | : | |
| | : | |
| Debtors | : | Judge Deller |

### CERTIFICATE OF SERVICE ON WITHDRAWAL OF CLAIM

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses and manner specified below on November 30, 2021.

Corey and Valerie Sarka
267 Huff Street. P.O. Box 218
Dunlo, PA 15930
*Via US Mail*

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
*Via ECF*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Via ECF*

Heather A. Mauro
Credit Bankruptcy Officer
Northwest Bank
PO Box 337
Warren, Pennsylvania  16365
Phone: 814-728-7420
Email: heather.mauro@northwest.com