# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| | : | |
| Corey J. Sarka | : | Case No. 17-70376 |
| Valerie L. Castell-Sarka | : | |
| | : | |
| Debtors | : | Judge Deller |

## AMENDED NOTICE TO WITHDRAW PROOF OF CLAIM
## PURSUANT TO RULE 3006

TO THE CLERK:

Please withdraw from the Debtor's docket the Proof of Claim Number 4-1 for Creditor, Northwest Consumer Discount, a secured claim in the amount of $9,336.34 filed on May 24, 2017 and executed by Sherri Roth for Northwest Bank as it has been paid in full.

No objection to this claim has been filed.

Northwest Bank is not a defendant in an adversary proceeding in this case.

Northwest Bank has not accepted or rejected the plan or otherwise participated meaningfully in the case.

/s/ Angela Sheffler Abreu
Angela Sheffler Abreu
Loss Mitigation Manager
Corporate Vice President
Northwest Bank
100 Liberty Street
P.O. Box 128
Warren, PA 16365
Phone: 814-728-7420

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| | : | |
| Corey J. Sarka | : | Case No. 17-70376 |
| Valerie L. Castell-Sarka | : | |
| | : | |
| Debtors | : | Judge Deller |

### CERTIFICATE OF SERVICE ON AMENDED WITHDRAWAL OF CLAIM

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses and manner specified below on December 6, 2021.

Corey and Valerie Sarka
267 Huff Street. P.O. Box 218
Dunlo, PA 15930
*Via US Mail*

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
*Via ECF*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Via ECF*

                                                /s/  Angela Sheffler Abreu
                                                Angela Sheffler Abreu
                                                Loss Mitigation Manager
                                                Corporate Vice President
                                                Northwest Bank
                                                100 Liberty Street
                                                P.O. Box 128
                                                Warren, PA 16365
                                                Phone: 814-728-7420