UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  COREY J SARKA<br>  VALERIE L CASTEEL-SARKA<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>        Movant<br>              vs.<br>  COREY J SARKA<br>  VALERIE L CASTEEL-SARKA<br><br>        Respondents | Case No.17-70376JAD<br><br>Chapter 13<br><br>Document No. 51<br><br>FILED<br>5/27/22 11:58 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___27th___ day of __May__, 20_22_, it is hereby ORDERED, ADJUDGED, and DECREED that

Us Postal Svc-Authorized Agent
Acctg Svc Ctr - Idu*
2825 Lone Oak Pkwy
Eagan, MN 55121

is hereby ordered to immediately terminate the attachment of the wages of VALERIE L CASTEEL-SARKA, social security number XXX-XX-6536. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of VALERIE L CASTEEL-SARKA.

FURTHER ORDERED:    n/a

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70376-JAD |
| Corey J Sarka | Chapter 13 |
| Valerie L Casteel-Sarka | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: May 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Corey J Sarka, Valerie L Casteel-Sarka, 267 Huff Street. P.O. Box 218, Dunlo, PA 15930-0218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com  Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Valerie L Casteel-Sarka thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Corey J Sarka thedebterasers@aol.com |
| Lisa M. Swope | on behalf of Creditor Diane M. Pentrack lms@nsslawfirm.com  klw@nsslawfirm.com |
| Lisa M. Swope | on behalf of Creditor Edward C. Pentrack lms@nsslawfirm.com  klw@nsslawfirm.com |

Case 17-70376-JAD    Doc 53    Filed 05/29/22    Entered 05/30/22 00:22:25    Desc Imaged
Certificate of Notice    Page 3 of 3

District/off: 0315-7   User: auto   Page 2 of 2
Date Rcvd: May 27, 2022   Form ID: pdf900   Total Noticed: 1

Matt D. Urban
    on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS kebeck@weltman.com jbluemle@weltman.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9