Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Corey J Sarka
Valerie L Casteel−Sarka**
Debtor(s)

Bankruptcy Case No.: 17−70376−JAD

Chapter: 13
Docket No.: 55 − 54

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 28th of July, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/19/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/28/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/19/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70376-JAD |
| Corey J Sarka | Chapter 13 |
| Valerie L Casteel-Sarka | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 28, 2022 | Form ID: 408 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Corey J Sarka, Valerie L Casteel-Sarka, 267 Huff Street. P.O. Box 218, Dunlo, PA 15930-0218 |
| cr | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14421772 | + | Berkheimer, P.O. Box 995, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14421780 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14421783 | | DLP, Conemaugh Phys Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14421784 | + | Edward & Diane Pentrack, P.O. Box 116, Dunlo, PA 15930-0116 |
| 14421787 | + | Med Care Equipment Company, 501 W. Otterman Street, Suite C, Greensburg, PA 15601-2126 |
| 14421788 | + | Northwest Consumer Discount Company, PO Box 5487, Johnstown, PA 15904-5487 |
| 14650615 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14421795 | + | YMCA Johnstown, 100 Haynes Street, Johnstown, PA 15901-2595 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jul 28 2022 23:30:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14421770 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 28 2022 23:30:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14421771 | ^ | MEBN | Jul 28 2022 23:27:59 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14421773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 23:42:06 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14421775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 23:39:51 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14421776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 23:39:51 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14421778 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:30:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14421779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14421777 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:30:00 | Comenity Bank/gndrmtmc, Po Box 182125, Columbus, OH 43218-2125 |
| 14692357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:30:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

Case 17-70376-JAD   Doc 56   Filed 07/30/22   Entered 07/31/22 00:23:48   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 408 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14421781 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 28 2022 23:30:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14520618 | | Email/Text: mrdiscen@discover.com | Jul 28 2022 23:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14421782 | + | Email/Text: mrdiscen@discover.com | Jul 28 2022 23:29:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14421785 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 28 2022 23:30:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14522257 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 28 2022 23:30:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14421774 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 23:39:35 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14421786 | + | Email/Text: BKRMailOPS@weltman.com | Jul 28 2022 23:30:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14682246 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 23:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14691538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2022 23:42:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14422465 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2022 23:41:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14675760 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2022 23:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14952079 | + | Email/Text: bncmail@w-legal.com | Jul 28 2022 23:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14421789 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2022 23:42:08 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14421790 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2022 23:52:51 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14421791 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2022 23:42:19 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14421792 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 28 2022 23:30:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14634324 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 28 2022 23:30:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14421793 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 28 2022 23:30:00 | Transworld Systems Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14421794 | ^ | MEBN | Jul 28 2022 23:28:52 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Diane M. Pentrack |
| cr | | Edward C. Pentrack |
| cr | | STERLING JEWELERS INC D/B/A KAY JEWELERS |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 17-70376-JAD    Doc 56    Filed 07/30/22    Entered 07/31/22 00:23:48    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 408 | Total Noticed: 39 |

14952084       *+           SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022                     Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com  Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Valerie L Casteel-Sarka thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Corey J Sarka thedebterasers@aol.com |
| Lisa M. Swope | on behalf of Creditor Edward C. Pentrack lms@nsslawfirm.com  klw@nsslawfirm.com |
| Lisa M. Swope | on behalf of Creditor Diane M. Pentrack lms@nsslawfirm.com  klw@nsslawfirm.com |
| Matt D. Urban | on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS kebeck@weltman.com  jbluemle@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9