**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>COREY J SARKA<br>VALERIE L CASTEEL-SARKA<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Case No.:17-70376 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/12/2017 and confirmed on 6/26/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,769.87 |
| Less Refunds to Debtor | 1,152.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,616.95 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,529.00 | |
|   Trustee Fee | 4,420.99 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,949.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ED & DIANE PENTRACK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STERLING INC DBA KAY JEWELERS | 3,300.90 | 3,300.90 | 0.00 | 3,300.90 |
|     Acct: 6036 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CO | 7,980.00 | 7,980.00 | 714.84 | 8,694.84 |
|     Acct: 1471 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 34,261.21 | 34,261.21 | 10,965.61 | 45,226.82 |
|     Acct: 2818 | | | | |
| | | | | 57,222.56 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COREY J SARKA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COREY J SARKA | 738.47 | 738.47 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COREY J SARKA | 414.45 | 414.45 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,529.00 | 3,529.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 3,744.90 | 3,744.90 | 0.00 | 3,744.90 |
|     Acct: 6333 | | | | |
|   STERLING INC/BELDEN JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6036 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 742.24 | 742.24 | 0.00 | 742.24 |
|     Acct: 9403 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,538.69 | 2,538.69 | 0.00 | 2,538.69 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 6846 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9171 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9828 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9490 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7772 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0631 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,075.32 | 3,075.32 | 0.00 | 3,075.32 |
| | Acct: 6478 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4744 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 466.92 | 466.92 | 0.00 | 466.92 |
| | Acct: 6385 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 261.17 | 261.17 | 0.00 | 261.17 |
| | Acct: 8551 | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3899 | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1398 | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2927 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0782 | | | | |
| | DISCOVER BANK(*) | 6,225.30 | 6,225.30 | 0.00 | 6,225.30 |
| | Acct: 2412 | | | | |
| | DISCOVER BANK(*) | 5,365.44 | 5,365.44 | 0.00 | 5,365.44 |
| | Acct: 1852 | | | | |
| | DLP CONEMAUGH PHYSICIAN GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7954 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 2,054.43 | 2,054.43 | 0.00 | 2,054.43 |
| | Acct: 4042 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5079 | | | | |
| | MIDLAND FUNDING LLC | 3,539.34 | 3,539.34 | 0.00 | 3,539.34 |
| | Acct: 8239 | | | | |
| | BILL ME LATER INC A/S/F SYNCHRONY BA | 274.49 | 274.49 | 0.00 | 274.49 |
| | Acct: 4518 | | | | |
| | BILL ME LATER INC A/S/F SYNCHRONY BA | 1,033.77 | 1,033.77 | 0.00 | 1,033.77 |
| | Acct: 5220 | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3865 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | YMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHWEST CONSUMER DISCOUNT CO | 1,122.39 | 1,122.39 | 0.00 | 1,122.39 |
| | Acct: 1471 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5079 | | | | |
| | MEDCARE EQUIPMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3697 | | | | |
| | | | | | 30,444.40 |

TOTAL PAID TO CREDITORS                                                                    87,666.96

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 45,542.11 |
| UNSECURED | 30,444.40 |

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   COREY J SARKA
   VALERIE L CASTEEL-SARKA
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-70376 JAD

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70376-JAD |
| Corey J Sarka | Chapter 13 |
| Valerie L Casteel-Sarka | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Corey J Sarka, Valerie L Casteel-Sarka, 267 Huff Street. P.O. Box 218, Dunlo, PA 15930-0218 |
| cr | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14421772 | + | Berkheimer, P.O. Box 995, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14421780 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14421783 | | DLP, Conemaugh Phys Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14421784 | + | Edward & Diane Pentrack, P.O. Box 116, Dunlo, PA 15930-0116 |
| 14421787 | + | Med Care Equipment Company, 501 W. Otterman Street, Suite C, Greensburg, PA 15601-2126 |
| 14421788 | + | Northwest Consumer Discount Company, PO Box 5487, Johnstown, PA 15904-5487 |
| 14650615 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14421795 | + | YMCA Johnstown, 100 Haynes Street, Johnstown, PA 15901-2595 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jul 28 2022 23:30:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14421770 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 28 2022 23:30:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14421771 | ^ | MEBN | Jul 28 2022 23:27:59 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14421773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 23:42:06 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14421775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 23:42:08 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14421776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 23:41:46 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14421778 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:30:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14421779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14421777 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:30:00 | Comenity Bank/gndrmtmc, Po Box 182125, Columbus, OH 43218-2125 |
| 14692357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:30:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

Case 17-70376-JAD   Doc 57   Filed 07/30/22   Entered 07/31/22 00:23:48   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14421781 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 28 2022 23:30:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14520618 | | Email/Text: mrdiscen@discover.com | Jul 28 2022 23:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14421782 | + | Email/Text: mrdiscen@discover.com | Jul 28 2022 23:29:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14421785 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 28 2022 23:30:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14522257 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 28 2022 23:30:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14421774 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 23:42:05 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14421786 | + | Email/Text: BKRMailOPS@weltman.com | Jul 28 2022 23:30:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14682246 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 23:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14691538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2022 23:42:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14422465 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2022 23:42:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14675760 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2022 23:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14952079 | + | Email/Text: bncmail@w-legal.com | Jul 28 2022 23:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14421789 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2022 23:41:45 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14421790 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2022 23:40:21 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14421791 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 00:14:37 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14421792 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 28 2022 23:30:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14634324 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 28 2022 23:30:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14421793 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 28 2022 23:30:00 | Transworld Systems Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14421794 | ^ | MEBN | Jul 28 2022 23:28:54 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Diane M. Pentrack |
| cr | | Edward C. Pentrack |
| cr | | STERLING JEWELERS INC D/B/A KAY JEWELERS |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 17-70376-JAD   Doc 57   Filed 07/30/22   Entered 07/31/22 00:23:48   Desc Imaged
Certificate of Notice   Page 8 of 8

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 39 |

14952084  *+  SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Valerie L Casteel-Sarka thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Corey J Sarka thedebterasers@aol.com |
| Lisa M. Swope | on behalf of Creditor Edward C. Pentrack lms@nsslawfirm.com klw@nsslawfirm.com |
| Lisa M. Swope | on behalf of Creditor Diane M. Pentrack lms@nsslawfirm.com klw@nsslawfirm.com |
| Matt D. Urban | on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS kebeck@weltman.com jbluemle@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9