**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Corey J Sarka<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0120<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Valerie L Casteel–Sarka<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6536<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–70376–JAD

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Corey J Sarka                                    Valerie L Casteel–Sarka

   9/20/22                                          **By the court:** Jeffery A. Deller
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70376-JAD |
| Corey J Sarka | Chapter 13 |
| Valerie L Casteel-Sarka | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 20, 2022 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Corey J Sarka, Valerie L Casteel-Sarka, 267 Huff Street. P.O. Box 218, Dunlo, PA 15930-0218 |
| cr | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14421772 | + | Berkheimer, P.O. Box 995, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14421780 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14421783 | | DLP, Conemaugh Phys Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14421784 | + | Edward & Diane Pentrack, P.O. Box 116, Dunlo, PA 15930-0116 |
| 14421787 | + | Med Care Equipment Company, 501 W. Otterman Street, Suite C, Greensburg, PA 15601-2126 |
| 14421788 | + | Northwest Consumer Discount Company, PO Box 5487, Johnstown, PA 15904-5487 |
| 14650615 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14421795 | + | YMCA Johnstown, 100 Haynes Street, Johnstown, PA 15901-2595 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 20 2022 23:49:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14421770 | + | EDI: TSYS2 | Sep 21 2022 03:48:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14421771 | ^ | MEBN | Sep 20 2022 23:48:51 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14421773 | + | EDI: CAPITALONE.COM | Sep 21 2022 03:48:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14421775 | + | EDI: CITICORP.COM | Sep 21 2022 03:48:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |

Case 17-70376-JAD  Doc 62  Filed 09/22/22  Entered 09/23/22 00:26:51  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 3180W | Total Noticed: 41 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 14421776 | + EDI: CITICORP.COM | Sep 21 2022 03:48:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14421778 | + EDI: WFNNB.COM | Sep 21 2022 03:48:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14421779 | + EDI: WFNNB.COM | Sep 21 2022 03:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14421777 | + EDI: WFNNB.COM | Sep 21 2022 03:48:00 | Comenity Bank/gndrmtmc, Po Box 182125, Columbus, OH 43218-2125 |
| 14692357 | + EDI: WFNNB.COM | Sep 21 2022 03:48:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14421781 | + Email/Text: bdsupport@creditmanagementcompany.com | Sep 20 2022 23:49:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14520618 | EDI: DISCOVER.COM | Sep 21 2022 03:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14421782 | + EDI: DISCOVER.COM | Sep 21 2022 03:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14421785 | Email/Text: collecadminbankruptcy@fnni.com | Sep 20 2022 23:49:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14522257 | Email/Text: collecadminbankruptcy@fnni.com | Sep 20 2022 23:49:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14421774 | EDI: JPMORGANCHASE | Sep 21 2022 03:48:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14421786 | + Email/Text: BKRMailOPS@weltman.com | Sep 20 2022 23:49:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14682246 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14691538 | EDI: PRA.COM | Sep 21 2022 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14422465 | + EDI: RECOVERYCORP.COM | Sep 21 2022 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14675760 | EDI: Q3G.COM | Sep 21 2022 03:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14952079 | + Email/Text: bncmail@w-legal.com | Sep 20 2022 23:49:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14421789 | + EDI: RMSC.COM | Sep 21 2022 03:48:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14421790 | + EDI: RMSC.COM | Sep 21 2022 03:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14421791 | + EDI: RMSC.COM | Sep 21 2022 03:48:00 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14421792 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 20 2022 23:49:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14634324 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14421793 | + Email/Text: bankruptcydepartment@tsico.com | Sep 20 2022 23:49:00 | Transworld Systems Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14421794 | ^ MEBN | Sep 20 2022 23:48:28 | UPMC Health Services, P.O. Box 371472, |

Pittsburgh, PA 15250-7472

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Diane M. Pentrack |
| cr | | Edward C. Pentrack |
| cr | | STERLING JEWELERS INC D/B/A KAY JEWELERS |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14952084 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Valerie L Casteel-Sarka thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Corey J Sarka thedebterasers@aol.com |
| Lisa M. Swope | on behalf of Creditor Edward C. Pentrack lms@nsslawfirm.com klw@nsslawfirm.com |
| Lisa M. Swope | on behalf of Creditor Diane M. Pentrack lms@nsslawfirm.com klw@nsslawfirm.com |
| Matt D. Urban | on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS kebeck@weltman.com jbluemle@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9