**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/20/22 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   COREY J SARKA
   VALERIE L CASTEEL-SARKA
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-70376 JAD

Chapter 13

Related to ECF No. 54

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 20th day of September, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
JEFFERY A. DELLER jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-70376-JAD
Corey J Sarka Chapter 13
Valerie L Casteel-Sarka
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Sep 20, 2022      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Corey J Sarka, Valerie L Casteel-Sarka, 267 Huff Street. P.O. Box 218, Dunlo, PA 15930-0218 |
| cr | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14421772 | + | Berkheimer, P.O. Box 995, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14421780 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14421783 | | DLP, Conemaugh Phys Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14421784 | + | Edward & Diane Pentrack, P.O. Box 116, Dunlo, PA 15930-0116 |
| 14421787 | + | Med Care Equipment Company, 501 W. Otterman Street, Suite C, Greensburg, PA 15601-2126 |
| 14421788 | + | Northwest Consumer Discount Company, PO Box 5487, Johnstown, PA 15904-5487 |
| 14650615 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14421795 | + | YMCA Johnstown, 100 Haynes Street, Johnstown, PA 15901-2595 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Sep 20 2022 23:49:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14421770 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 20 2022 23:49:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14421771 | ^ | MEBN | Sep 20 2022 23:48:48 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14421773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2022 23:55:32 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14421775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:35 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14421776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:28 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14421778 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2022 23:49:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14421779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2022 23:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14421777 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2022 23:49:00 | Comenity Bank/gndrmtmc, Po Box 182125, Columbus, OH 43218-2125 |
| 14692357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2022 23:49:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

Case 17-70376-JAD    Doc 63    Filed 09/22/22    Entered 09/23/22 00:26:51    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14421781 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 20 2022 23:49:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14520618 | | Email/Text: mrdiscen@discover.com | Sep 20 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14421782 | + | Email/Text: mrdiscen@discover.com | Sep 20 2022 23:49:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14421785 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 20 2022 23:49:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14522257 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 20 2022 23:49:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14421774 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2022 23:55:38 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14421786 | + | Email/Text: BKRMailOPS@weltman.com | Sep 20 2022 23:49:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14682246 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14691538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14422465 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2022 23:55:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14675760 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2022 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14952079 | + | Email/Text: bncmail@w-legal.com | Sep 20 2022 23:49:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14421789 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:41 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14421790 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14421791 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:27 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14421792 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 20 2022 23:49:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14634324 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14421793 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 20 2022 23:49:00 | Transworld Systems Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14421794 | ^ | MEBN | Sep 20 2022 23:48:28 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Diane M. Pentrack |
| cr | | Edward C. Pentrack |
| cr | | STERLING JEWELERS INC D/B/A KAY JEWELERS |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| 14952084 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Valerie L Casteel-Sarka thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Corey J Sarka thedebterasers@aol.com |
| Lisa M. Swope | on behalf of Creditor Edward C. Pentrack lms@nsslawfirm.com klw@nsslawfirm.com |
| Lisa M. Swope | on behalf of Creditor Diane M. Pentrack lms@nsslawfirm.com klw@nsslawfirm.com |
| Matt D. Urban | on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS kebeck@weltman.com jbluemle@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9